# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

July 21, 2020

**BY ECF and EMAIL**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                                        Re:    *United States v. Carlos Lopez*
                                                   11 Cr. 1032-15 (PAE)

Dear Judge Engelmayer:

      I am interpreting your Honor's recent Order inviting counsel's input in connection with the above-referenced matter, on or before Friday, July 24, 2020, as my "re-appointment" to the case – which is apparently required by the CJA clerk.

      Counsel is pleased to have the opportunity to advocate on behalf of my client Carlos Lopez and respectfully requests that your Honor enter an order to satisfy the bureaucratic powers that be!

      Counsel hopes this letter finds the Court in good health and staying safe during these challenging times.

                                                    Respectfully submitted,

                                                    /s/

                                                  Susan G. Kellman

cc:    Counsel of record by ECF

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 2493.

7/21/2020

SO ORDERED.

                                       *Paul A. Engelmayer*
                                       PAUL A. ENGELMAYER
                                       United States District Judge