UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CARLOS LOPEZ,

Defendant.

11-CR-1032-15 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the letter from defendant Carlos Lopez, filed yesterday at Dkt. No. 2533. The Court asks Mr. Lopez's counsel, Susan Kellman, Esq., to mail Mr. Lopez the jury instructions in his case, as he requests, and a copy of this order. The Court also asks Ms. Kellman to file (and mail to Mr. Lopez) a letter setting out her views on (1) Mr. Lopez's application to relieve her and (2) whether Mr. Lopez's case is at a stage at which he is entitled to court-appointed counsel. The Court notes that Mr. Lopez's conviction has been affirmed by the Second Circuit (Dkt. No. 2449), and that his application for compassionate release has been denied (Dkt. No. 2505).

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 13, 2020
       New York, New York