UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CARLOS LOPEZ,

Defendant.

11-CR-1032-15 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defendant Carlos Lopez seeking additional time in which to file a reply to the Government's response to his pending petition for post conviction relief. See Dkt. 2647. The Court gives Mr. Lopez until November 23, 2021, to file this reply. The Court, however, denies Mr. Lopez's application for appointment of counsel to assist him with this reply, without prejudice to Mr. Lopez's right to seek such an appointment later in this proceeding, if the Court determines there is potential merit to the petition. The Court also denies as unnecessary Mr. Lopez's request for a conference. The Clerk of Court is directed to mail this order to Mr. Lopez at the address below:

Carlos Lopez
Reg. No. 66063-054
United States Penitentiary Canaan
P.O. Box 18472
Waymart, PA 18472

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 27, 2021
       New York, New YorkP