UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CARLOS LOPEZ,

Defendant.

---

11-CR-1032-15 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the defendant's *pro se* letter dated November 18, 2022 (Dkt.

No. 2671).  The Court hereby requests that the Clerk of Court mail a copy the S5 Indictment

(Dkt. No. 539), the verdict form (Dkt. No. 1418) and the judgment (Dkt. No. 1739) in this case,

as well as a copy of this order, to the defendant at the address below:

Carlos Lopez
Reg. No. 66063-054
USP Canaan, U.S. PENITENTIARY
P.O. BOX 300
WAYMART, PA 18472

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: December 6, 2022
       New York, New York